**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| G.I., a minor, by and with his parents<br>G.I. and K.I., | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:12cv385<br>Judge Clark/Judge Mazzant |
| LEWISVILLE INDEPENDENT<br>SCHOOL DISTRICT, | § § § § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 30, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Judgment on the Administrative Record [Doc. #10] be granted and Plaintiffs' Motion for Judgment on the Administrative Record and Appeal of Texas Education Agency Hearing Officer Special Education Decision [Doc. #11] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion for Judgment on the Administrative Record [Doc. #10] is **GRANTED**, Plaintiffs' Motion for Judgment on the Administrative Record and Appeal of Texas Education Agency Hearing Officer Special Education Decision [Doc. #11] is **DENIED**, and this case is dismissed.

So **ORDERED** and **SIGNED** this **23** day of **August, 2013.**

_____
Ron Clark, United States District Judge